UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                      :

UNITED STATES OF AMERICA        :    **FINAL ORDER**
                                       :    **OF FORFEITURE**

-v.-                                :

                                       :    16 Cr. 117 (PAC)

LUKMAN KASSIM,                :

                 Defendant.      :

                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about October 26, 2016, this Court entered a Preliminary Order

of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture")

(D.E. 34), which ordered the forfeiture to the United States of all right, title and interest of

LUKMAN KASSIM (the "Defendant") in the following properties:

        a.      Furniture purchased by Lukman Kassim for $1,600.00 at J.S. Baum Floor Covering and House Furnishings, Inc., 138 E. 170th St., Bronx, NY 10452 on August 11, 2015;

        b.      Furniture purchased by Lukman Kassim for $1,800.00 at Blue Star Furniture, 1104 Webster Ave., Bronx, NY 10456 on October 5, 2015;

        c.      Eleven U.S. Postal Service money orders seized from Lukman Kassim in connection with his arrest on November 25, 2015; and

        d.      $4,600.45 U.S. currency seized from the defendant in connection with his arrest on November 25, 2015;

(a. through d., collectively, the "Specific Property");

        WHEREAS, the Preliminary Order of Forfeiture directed the United States to

publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The

Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable,

provide direct written notice to any person known to have an alleged interest in the Specific

Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule

32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Specific

Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose

of the Specific Property was posted on an official government internet site (www.forfeiture.gov)

beginning on December 23, 2016, for thirty (30) consecutive days, through January 21, 2017,

pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims

and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court

on September 21, 2021 (D.E. 44);

WHEREAS, thirty (30) days have expired since final publication of the Notice of

Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been

filed;

WHEREAS, the Defendant is the only person and/or entity known by the

Government to have a potential interest the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the

United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       Sept 23    , 2021

                                        SO ORDERED:

                                        _____
                                        HONORABLE PAUL A. CROTTY
                                        UNITED STATES DISTRICT JUDGE